FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Michael Jerome Fox #130031
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 18-9694

versus

Randy Seals;
Mike Waley;
Jim Miller;
Angie McMorris;
Jerry Thomas; and
Ms. Joann (her last name unknown).
Print the full name of all defendants in this action.
**DO NOT WRITE** *et al.*

SECTION

SECT. E MAG. 4

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )  No (X)

TENDERED FOR FILING

OCT 18 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

✓ Fee _Paupis_
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to the previous lawsuit

      Plaintiffs _____

      Defendants _____

   2. Court (If federal court, name of the district court; if state court, name the parish.) _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

   5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
   Yes ( )   No ( )

   If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

   _____

II. PLACE OF PRESENT CONFINEMENT: **Rayburn Correctional Center (R.C.C.)**

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X)   No ( )   **Plaintiff filed and exhausted his grievance while confined at the Washington Parish Jail**

   C. If your answer is "yes",

      1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. **No assigned number, But recieved written responses to the grievance.**

2

      2.     As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _Yes, Plaintiff submitted his grievance to Warden and the Sheriff of Washington Parish - Parish Jail._

D.     If your answer is NO, explain why you have not done so: _____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.     Full Name of Plaintiff
(First - Middle - Last) __Michael Jerome Fox__

Prisoner Number __130031__

Address __Rayburn Correctional Center - 27268 Highway 21 North - Angie, La. 70426__

Date of Birth __February 27th, 1966__

Date of Arrest __June 14th, 2016__

Date of Conviction __February 26th, 2018__

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant __Randy Seals__ is employed as __Sheriff of the Washington Parish-Parish Jail__ at __Franklinton, La.__
Address for service: __1002 Main Street, Franklinton, La. 70438__

C. Defendant __Mike Haley__ is employed as __Asst. Sheriff / Chief Police of Washington Parish-Parish Jail__ at __Franklinton, La. 70438__
Address for service: __1002 Main Street, Franklinton, La. 70438__

D. Defendant __Jim Miller__ is employed as __Warden of the Washington Parish Jail__ at __Franklinton, La.__
Address for service: __1002 Main St., Franklinton, La. 70438__

E. Defendant __Angie McMorris__ is employed as __Assistant Warden of Washington Parish Jail__ at __Franklinton, La.__
Address for service: __1002 Main St., Franklinton, La. 70438__

F. Defendant __Jerry Thomas__ is employed as __Doctor of the Washington Parish Jail__ at __Franklinton, La.__
Address for service: __1002 Main St., Franklinton, La. 70438__

G. Defendant __Ms. JoAnn (last name unknown)__ is employed as __Nurse of the Washington Parish Jail__ at __Franklinton, La.__
Address for service: __1002 Main St., Franklinton, La. 70438__


IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

(1.) Cruel and Unusual Punishment in violation of the 8th Amendment United States Constitution (by compelling Plaintiff to suffer 2-years of Inhumane Living Condition at Washington Parish Jail--in that Plaintiff occasionally lived with Bats flying around inside cell at night; live in Molded-Mildew & Stinking wet cell with wet clothing & bedding caused by Rain and leaking Roof of Jail; and had to endure cold nights & days during the Winter seasons without a working Heater--with only 2 extra blankets for to keep warm).

(2.) Deliberate Indifference to Plaintiff's Health and Safety (in that the Coldness, Wetness and Mildew (bacteria infested cell) caused Plaintiff to suffer with Colds and Influenza without medical assistance or treatment except being given Ibuprophen only; was given nothing at all for infected-feet induced by the wet bacteria-fungus infested floor of cell; and Jailers would run an extension cord in cell on the permanently Rain-wet floor for operation of the Fan and Television in Cell "D," which could've caused Plaintiff to be electrocuted--this also constitutes Cruel & Unusual Punishment, etcetera.

4

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A.) Require each of the defendants named and involved in this matter to monetary damages to the plaintiff for the sum of $50,000.00 each in their individual capacities.

B.) Award to the plaintiff $100,000.00 in Punitive Damages.

C.) Award the plaintiff with $500,000.00 in Compensatory Damages.

D.) Issue an Injunctive Order as a safeguard to curtail and prevent further reprisals and undue harassment of the plaintiff, by prison officials at Rayburn (R.C.C.) who are friends and perhaps relatives of some of Washington Parish Jail-Parish named parties in this civil matter.

E.) Grant such other further and different relief as the Honorable Court may deem wise, appropriate, just, and necessary.

VI. Plaintiff's Declaration

1)  I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)  I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __16th__ day of __October__, 20_18_.

_(Signature of Plaintiff)_

10/2015

5

Date Request for Warden's Review Received: _____ AUG 2 8 2018

## WARDEN'S REVIEW DECISION

To: Michael Fox        CELL LOCATION: D

From: Chief Miller     WARDEN WPSO Jail

GRIEVANCE:

FOUNDED ☒          UNFOUNDED ☐

REASONS: Work orders are sent to the Parish Government daily on your concerns

ACTION TAKEN:

7-17-17
(date)

_____
Warden

8,20,2018

To: Director of Legal Program
Rayburn Correctional Center
Angie, Louisiana 70426

From: Michael J. Fox #130031
Rain 4-R.C.C.
Angie, La. 70426

October 10th, 2018
Date

Dear Director:

Please be advised that I am in need of and respectfully request for verbatim photocopies be reproduced of the below listed Legal Documents-Papers:

(a.) Provide me with Six (6) verbatim copies of the enclosed Summons form; and

(b.) Provide me with Six (6) verbatim copies of the enclosed 42 U.S.C. §1983 Complaint which is already completed, and consists of 5 pages, please photocopy the Complaint in its entirety.

When you've finished photocopying the subject legal papers as I've requested, please return the Original-Complaint and the Original-Summons forms with the photocopies, to me, ASAP.

Thank you for your time and attention in this matter.

Very Truly Yours,

Michael J. Fox

Note: as required, enclosed is an inmate Withdrawal form which I've completed all except charge for photocopies, since I am unaware of the cost per page of photocopy. At any rate, please do fill in the cost for photocopies for me. Thanks...

Denied
3 copy limit



For Sheriff's Use

Date request for Sheriff's Review rec'd:_____
copy 1 - Warden/copies 2 & 3 - return to inmate
copy 3 - return if request Sheriff's review

**SHERIFF'S REVIEW DECISION**

GRIEVANCE # _____

To: __Michael Fox__   Cell location:_____
     (inmate)

GRIEVANCE                           ✓ in re WPSO
_____ FOUNDED        _____ UNFOUNDED

REASONS Louisiana law, Louisiana Revised Statute 33:4715, "The police jury of each parish shall provide...A good and sufficient jail." Revised statute 15:702 mandate, "The governing authority of each parish shall be responsible for the physical maintenance of all parish jails and prisons."

ACTION TAKEN Action: daily work orders sent to parish government.

__07-26-17__            _____
   (date)                    Sheriff

8/20/2018

To: Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, Louisiana 70130

From: Michael J. Fox #130031
Rain 4 - Rayburn Corr. Center
Angie, Louisiana 70426

Dear Clerk of Court:
Please find enclosed for filing, the following pleadings/legal documents:

A.) Request To Proceed In Forma Pauperis;
B.) Certified-Statement of Account;
C.) An Original plus three (3) copies of 42 U.S.C. § 1983 Complaint;
D.) Six (6) Summons form which has be completed, except any being served upon defendants due to lack of cooperation and assistance on the part of R.C.C.'s Officials who even refused to adequate provide the Plaintiff with photocopies of Summon forms and Complaint [which is the reason Plaintiff submits to you only the Original and 3 copies of the Complaint -- Plaintiff had xtra Summon forms already and is reason he forwards you the required six (6), one for to be served each defendant involved in this matter];
E.) Same letter Plaintiff wrote then mailed to Prison's Legal Program-Director requesting photocopies of Complaint and Summons forms, which was returned to Plaintiff "Denying him three (3) photocopies of each said pleading/document;" and
F.) Proof of Service.

Once you've stamped and filed documents/Complaint, and assigned docket number to this instant case, please mail me Notice of same along with a copy of stamped-filed Complaint- for Plaintiff is poverty stricken and not able to afford to provide you with required stamps for you to mail him conformed copy of Complaint.

Your consideration and assistance in this matter will always be appreciated and remembered honorably and with kind regards. Thank you tremendously.

Respectfully Submitted.
Michael J. Fox
Plaintiff's Signature

Note, Please. Almost forgot to include relevant documents crucial to this matter. Therefore please find enclosed (additionally to other said documents):
1.) Warden's (of Washington Parish Jail) Review Decision [concerning Plaintiff's grievance]; and
2.) Sheriff's (of Washington Parish & Parish Jail) Review Decision (regarding Plaintiff's grievance).

TENDERED FOR FILING

OCT 18 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## PROOF OF SERVICE

The Plaintiff __Michael J. Fox #130031__, hereby certify that he mailed to the Clerk of the U.S. Distric Court, Eastern District of Louisiana. N.O., La., (a) the original and three-copies of 42 U.S.C.§1983 Complaint; (b) the original and five-copies of Summons document-forms; (c) Pauper Request and Certified-Statement of Account; Letter to the Clerk of this above said Court and (e) Letter to Legal Program-Director "returned to plaintiff Denying him the reasonably-needed number of photocopies of Complaint and Summons forms," by placing same in a legal envelope, properly addressed and with postage prepaid. then placed same in U.S. Mail box on Rain Unit at R.C.C. on the __16th__ day of __October__, 20__18__.

Sworn to and Subscribed before me
this __16th__ day of __October__, 20__18__.

_Michael J. Fox_
Affiant-Plaintiff's Signature

Certified under 28 U.S.C.§ 1746
by: _Larry D. Nichols #161498_
by: _Michael J. Fox_

Michael J. Fox #130031
Rain 4-Rayburn Correctional Center
Angie, Louisiana 70426

C-151

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, La. 70130

