UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL JEROME FOX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9694** |
| **RANDY SEALS, ET AL.** | **SECTION "E"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Michael Jerome Fox's Motion for Judgment on the Pleadings[1] is **DENIED** as premature.

New Orleans, Louisiana, this 18th day of April, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 20.