UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL JEROME FOX | CIVIL ACTION |
| VERSUS | NO. 18-9694 |
| RANDY SEALS, ET AL. | SECTION "E"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly;

**IT IS ORDERED** that Michael Jerome Fox's 42 U.S.C. § 1983 complaint against the defendants, Sheriff Randy Country Seal, Assistant Sheriff Mike Haley, Warden Jim Miller, Assistant Warden Angie McMorris, Dr. Jerry Thomas, and Nurse Joann Saltaformaggio, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Dr. Jerry Thomas's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (Rec. Doc. No. 27) is **DISMISSED AS MOOT.**

**New Orleans, Louisiana, this 20th day of February 2020.**

_____
**UNITED STATES DISTRICT JUDGE**